

# SALANS
ATTORNEYS AT LAW

Rockefeller Center, 620 Fifth Avenue, New York, NY 10020-2457, USA
Tel +1 (212) 632 5500 Fax +1 (212) 632 5555
www.salans.com

John J. Hay
Direct Dial (212) 632 8457
Direct Fax (212) 307 3397
jhay@salans.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/11

MEMO ENDORSED

March 14, 2011

**BY HAND**

Hon. Deborah A. Batts
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RECEIVED
MAR 14 2011
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re: Nesbit et al. v. ~~Briefly Stated Inc., et al., Case No.~~ 10-cv-06388 (DAB) (KNF)

Dear Judge Batts:

We represent defendants in this action. I am writing to request a two week extension of the date by which the parties' summary judgment motions must be fully submitted.

The original date for the parties' summary judgment motions to be fully submitted, per the court's January 21, 2011 scheduling order, was April 15, 2011. A copy of the scheduling order is included with this letter for the Court's reference. Because of schedule conflicts, defendants request a two week extension of that deadline to and including April 29, 2011.

Granted
/s/DAB
3/14/11

No previous requests for an extension have been made. We have conferred with counsel for our adversaries, and they have consented to the proposed extension.

Respectfully submitted,

John J. Hay

SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
3/14/11

Enclosure

Salans LLP has offices, or is associated with Salans offices in:
ALMATY BAKU BARCELONA BEIJING BERLIN BRATISLAVA BUCHAREST BUDAPEST FRANKFURT HONG KONG
ISTANBUL KYIV LONDON MADRID MOSCOW NEW YORK PARIS PRAGUE SHANGHAI ST. PETERSBURG WARSAW

Salans LLP is a Limited Liability Partnership registered in England and Wales with Registration Number OC 316822. Regulated by the Solicitors' Regulation Authority of England and Wales. A list of the members of Salans LLP and of the non-members who are designated as partners of Salans LLP and/or its affiliated entities is available at its Registered Office: Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ, United Kingdom. See www.salans.com for further information.
NewYork 1413127.2

MEMO ENDORSED

**SALANS**

Hon. Deborah A. Batts
Page 2

March 14, 2011

cc:   Peter D. DeChiara (by email: pdechiara@cwsny.com)
      Jani K. Rachelson (by email: jrachelson@cwsny.com)